(Reap. Dec. 10837)

THYSSENSTAHL CORPORATION v. UNITED STATES

Entry Nos. 1024; 1348.

(Decided November 4, 1964)

*Sharretts, Paley & Carter* for the plaintiff.
*John W. Douglas,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: These two appeals for reappraisement relate to certain hot rolled wire rods, exported from Germany on July 15, 1962, and July 31, 1962.

Stipulated facts, upon which the appeals have been submitted, establish that the basis for appraisement of the instant merchandise is statutory export value, and that such value therefor is $88 per metric ton for hot rolled wire rods of $^{11}\!/_{32}$-inch diameter (United States funds), and I so hold.

Judgment will be rendered accordingly.